# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ANTHONY LEE,

    Plaintiff,

v.

NAVY FEDERAL CREDIT UNION *et al.*,

    Defendants.

Case No. 2:14-cv-00834-RFB (VCF)

**ORDER**

    This matter having come before the Court upon the Parties' Joint Motion to File Documents Under Seal, and in consideration of the record herein, it is hereby:

    ORDERED that the parties Joint Motion to File Documents Under Seal, and Exhibit 1 thereto (the parties' settlement agreement) be filed under seal with the Court.

Dated: November 25, 2014

_____
RICHARD F. BOULWARE, II
United States District Judge