**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ANTHONY LEE, | ) Case No. 2:14-cv-00834-MMD(VCF) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| NAVY FEDERAL CREDIT UNION *et al.*, | ) |
| Defendants. | ) |

This matter having come before the Court upon the Parties' Joint Motion to Approve Settlement, and in consideration of the record herein , and the Court having reviewed the parties' settlement agreement, which was filed under seal with the Court, it is hereby:

ORDERED that the parties' settlement is approved and that the action is dismissed with prejudice, with the parties bearing his or its own attorneys' fees and costs.

Dated: _____, 2015         _____

United States District Court Judge